EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte | |
| | 2023 TSPR 68 |
| José Carlos González Bonilla | 212 DPR ___ |

Número del Caso: TS-11,624

Fecha: 19 de mayo de 2023

Abogado del peticionario:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte*

José Carlos González Bonilla          TS-11,624

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de mayo de 2023.

Examinada la *Moción en solicitud de reinstalación al ejercicio de la notaría y la abogacía en Puerto Rico* presentada el 15 de mayo de 2023, así como la *Certificación* presentada el 17 de mayo de 2023 por el Programa de Educación Jurídica Continua (PEJC), se reinstala al Lcdo. José Carlos González Bonilla al ejercicio de la abogacía y la notaría. Se advierte que la reinstalación a la notaría está condicionada a que acredite a este Tribunal la adquisición de una fianza notarial vigente.

Una vez cumpla con lo anterior y se reinstale al ejercicio de la notaría, el licenciado González Bonilla tendrá la obligación de recoger su sello y obra notarial depositada y custodiada en el Archivo General de Protocolos del Distrito Notarial de Aibonito.

Además, se ordena a la Secretaría de este Tribunal hacer el cambio correspondiente en el Registro Único de Abogados y Abogadas (RUA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo